United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., | Case No. 25-cv-02926-JST |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE STAYED; ORDER TEMPORARILY STAYING BRIEFING DEADLINES** |
| ALEXANDER ADUSEI, et al., | |
| Respondents. | |

Given the overlap in issues between this case and *Ma v. Twitter, Inc.*, Case No. 23-cv-03301-JST, the parties shall meet and confer regarding whether this case should be stayed pending resolution of the appeal in *Ma*. The parties shall file either a stipulation and proposed order staying this case, or a joint statement showing cause as to why this case should not be stayed, within fourteen days of the date of this order.

The briefing deadlines for Petitioner's motion to compel arbitration, ECF No. 19, and Respondents' motion for sanctions, ECF No. 23, are temporarily stayed.

**IT IS SO ORDERED.**

Dated:  June 2, 2025

_____
JON S. TIGAR
United States District Judge