ERIC MECKLEY (Bar No. 168181)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Tel.: (415) 442-1000
Fax: (415) 442-1001
eric.meckley@morganlewis.com

PAUL D. CLEMENT (*pro hac vice*)
C. HARKER RHODES IV (*pro hac vice*)
MITCHELL K. PALLAKI (*pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel.: (202) 742-8900
paul.clement@clementmurphy.com

*Attorneys for Petitioner X Corp.*

Shannon Liss-Riordan, Bar No. 310719
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: +1.617.994.5800
Fax: +1.617.994.5801
sliss@llrlaw.com

*Attorney for Respondents Alexander Adusei; Aline Bandak; Sagar Bonde; Lauren Bose; Wing Kai Chan; Chen Chen; Stephanie Cheng; Jiahui Ding; Craig Filamor; Lauren Fratamico; Cheston Gunawan; Seung Heon Han; Iris Hsieh; Lauren Itow; Sanjay Kapoor; John Li; Travis Mccleery; Prasida Menon; Anca Mosoiu; Lauren Nagra; Soyoung Park; Alisa Rangwala; Ryan Riccetti; Stanley Soo; Margaret Shi; Yoali Sotomayor Baqueiro; Lauren Traylor; Wutao Wei; Benjamin Wheeler; Adrian Yusi; Heng Zhang; and Yiwei Zhuang*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| X CORP.<br><br>        Petitioner,<br><br>   v.<br><br>ALEXANDER ADUSEI et al.,<br><br>        Respondents. | Case No. 4:25-cv-02926-JST<br><br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PARTIES' DEADLINE TO RESPOND TO THE COURT'S JUNE 6, 2025 ORDER** |

- 1 -

Pursuant to Northern District of California Civil Local Rule 6-2, Petitioner X Corp. and Respondents Alexander Adusei, Aline Bandak, Sagar Bonde, Lauren Bose, Wing Kai Chan, Chen Chen, Stephanie Cheng, Jiahui Ding, Craig Filamor, Lauren Fratamico, Cheston Gunawan, Seung Heon Han, Iris Hsieh, Lauren Itow, Sanjay Kapoor, John Li, Travis McCleery, Prasida Menon, Anca Mosoiu, Lauren Nagra, SoYoung Park, Alisa Rangwala, Ryan Riccetti, Stanley Soo, Margaret Shi, Yoali Sotomayor Baqueiro, Lauren Traylor, Wutao Wei, Benjamin Wheeler, Adrian Yusi, Heng Zhang, and Yiwei Zhuang (collectively, "Respondents"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, on June 6, 2025, the Court issued an Order to Show Cause as to why this case should not be stayed "[g]iven the overlap in issues between this case and Ma v. Twitter, Inc., Case No. 23-cv03301-JST";

WHEREAS, the Court's order instructed the parties to "meet and confer regarding whether this case should be stayed pending resolution of the appeal in Ma" and to "file either a stipulation and proposed order staying this case, or a joint statement showing cause as to why this case should not be stayed, within fourteen days";

WHEREAS, the parties have been actively meeting and conferring in an attempt to reach agreement on this issue but require an additional week to continue their discussions in an attempt to reach a mutual agreement;

WHEREAS, the parties' proposed extension would aid judicial economy and further mutual resolution of the issues identified in the Court's June 6 Order;

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PARTIES' DEADLINE
TO RESPOND TO THE COURT'S JUNE 6, 2025 ORDER
Case No. 4:25-cv-02926-JST

WHEREAS, the one-week extension to respond to the Court's order would not materially affect the schedule for this case;

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

The current deadline of Monday, June 16, 2025, for the parties to "file either a stipulation and proposed order staying this case, or a joint statement showing cause as to why this case should not be stayed," shall be continued one week, to Monday, June 23, 2025, and the briefing deadlines for Petitioner's motion to compel arbitration, ECF No. 19, and Respondents' motion for sanctions, ECF No. 23, shall remain temporarily stayed.

**IT IS SO STIPULATED.**

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PARTIES' DEADLINE
TO RESPOND TO THE COURT'S JUNE 6, 2025 ORDER
Case No. 4:25-cv-02926-JST

Dated: June 13, 2025

s/Paul D. Clement
PAUL D. CLEMENT (*pro hac vice*)
C. HARKER RHODES IV (*pro hac vice*)
MITCHELL K. PALLAKI (*pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel.: (202) 742-8900
paul.clement@clementmurphy.com
harker.rhodes@clementmurphy.com
mitchell.pallaki@clementmurphy.com

ERIC MECKLEY (Bar No. 168181)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA  94105
Tel.: (415) 442-1000
Fax: (415) 442-1001
eric.meckley@morganlewis.com

*Attorneys for Petitioner X Corp.*

Dated: June 13, 2025

Respectfully submitted,

s/Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
email: sliss@llrlaw.com

*Attorney for Respondents Alexander Adusei,
et al.*

- 4 -

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PARTIES' DEADLINE
TO RESPOND TO THE COURT'S JUNE 6, 2025 ORDER
Case No. 4:25-cv-02926-JST

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

s/Shannon Liss-Riordan
Shannon Liss-Riordan

- 5 -

## [PROPOSED] ORDER

This Court has considered the parties' Stipulation to Continue Parties' Deadline to Respond to the Court's June 6, 2025 Order, and for good cause shown, hereby **ORDERS** as follows:

1.    The current June 16, 2025, deadline for the parties to "file either a stipulation and proposed order staying this case, or a joint statement showing cause as to why this case should not be stayed," ECF No. 25, shall be continued one week, to Monday, June 23, 2025.

2.    The briefing deadlines for Petitioner's motion to compel arbitration, ECF No. 19, and Respondents' motion for sanctions, ECF No. 23, shall remain temporarily stayed.

**IT IS SO ORDERED**.


Dated: _____, 2025

                _____
HONORABLE JON S. TIGAR
United States District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PARTIES' DEADLINE
TO RESPOND TO THE COURT'S JUNE 6, 2025 ORDER
Case No. 4:25-cv-02926-JST