SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:	(617) 994-5800
Facsimile:	(617) 994-5801

*Attorney for Respondents*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP.<br><br>   Petitioner,<br><br>   v.<br><br>ALEXANDER ADUSEI, *et al.*,<br><br>   Respondents. | Case No. 4:25-cv-02926-JST<br><br>**DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF RESPONDENTS' REPLY IN SUPPORT OF THEIR MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11, 28 U.S.C. § 1927, AND THE INHERENT POWER OF THE COURT**<br><br>JUDGE: Honorable Jon S. Tigar<br>COURTROOM: 6<br>DATE: August 28, 2025<br>TIME: 2:00 P.M. |

I, Shannon Liss-Riordan, declare that:

1. I am a partner at the law firm of Lichten & Liss-Riordan, P.C., and lead counsel for Respondents in the above-captioned matter. I submit this declaration in support of Respondents' Reply in Support of Their Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, and the Inherent Power of the Court. I have personal knowledge of the information set forth herein.

2. Attached as **Exhibit 1** to Respondents' Reply in Support of Their Motion for Sanctions is a true and correct copy of the rough draft transcript of a motion hearing held on July 21, 2025, before senior U.S. District Judge Patti B. Saris in the United States District Court for the District of Massachusetts, in the case of *Braunstein, et al. v. X Corp., et al.*, case no. 1:25-cv-10733-PBS.

3. Attached as **Exhibit 2** to Respondents' Reply in Support of Their Motion for Sanctions is a true and correct copy of a Law360 article by Brian Dowling entitled, "X Paying Millions In Severance Arbitration Losses, Atty Says," which was published on May 9, 2025, and accessed on July 22, 2025, from https://www.law360.com/articles/2338066/x-paying-millions-in-severance-arbitration-losses-atty-says.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Boston, Massachusetts, on July 22, 2025.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan